United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CENETRAL CALIFORNIA ELECTRICAL INDUSTRY HEALTH AND WELFARE AND PENSION TRUST F UNDS; LOCAL UNION NO. 413 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; and CHUCK HUDDLESTON as TRUSTEE of the Trust Funds,<br><br>      Plaintiffs,<br>  v.<br><br>OZZIMO ELECTRIC, INC., a California corporation,<br><br>      Defendant. | Case No.: 12-CV-01271-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

  Plaintiffs filed an administrative motion on August 14, 2012, requesting continuance of the August 22, 2012 case management conference to a date on or after November 1, 2012. Defendant has not yet appeared in this case, and on May 21, 2012, the Clerk of the Court entered default. Plaintiffs represent that they intend to file a motion for default judgment no later than September 21, 2012. Accordingly, the initial case management conference is continued from August 22, 2012, to October 10, 2012, at 2:00 p.m., and will be further continued to the date of the hearing on the motion for default judgment once Plaintiffs' motion is filed.

**IT IS SO ORDERED.**

Dated: August 17, 2012

                _Lucy H. Koh_
                LUCY H. KOH
                United States District Judge