UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL CALIFORNIA ELECTRICAL INDUSTRY HEALTH AND WELFARE AND PENSION TRUST FUNDS; LOCAL UNION NO. 413 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS and CHUCK HUDDLESTON as TRUSTEE of the Trust Funds,<br><br>Plaintiffs,<br><br>vs.<br><br>OZZIMO ELECTRIC, INC., a California corporation,<br><br>Defendant. | Case No.   12-cv-01271-LHK<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' REQUEST FOR AN EXTENSION OF TIME TO SUBMIT SUPPLEMENTAL DOCUMENTATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT |

[~~PROPOSED~~] ORDER:

Good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' time to provide supplemental documentation in support of their Motion for Default Judgment is extended and such information shall be submitted to this Court no later than  January 15  , 2013.

IT IS SO ORDERED.

Dated:  12/21/2012            _____
                              *Lucy H. Koh*
                              U.S. District Court Judge